Sheryl J. Willert, WSBA #08617
Jeffery M. Wells, WSBA #45840
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone:  (206) 628-6600
Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSE ERVIN, | NO. |
| Plaintiff, | NOTICE OF REMOVAL |
| v. | |
| MOUNTAIN VIEW EQUIPMENT COMPANY, an Idaho corporation, and STUART FJELDSTED and his marital property, | |
| Defendants. | |

## I.  NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1332(a), 28 U.S.C. §1441, and 28 U.S.C. §1446, Defendants Mountain View Equipment Company and Stuart Fjeldsted and his marital property hereby remove the action titled *Jesse Ervin v. Mountain View*

NOTICE OF REMOVAL - 1

6667922.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

*Equipment Co. and Stuart Fjeldsted and his marital property,* not yet filed in the Superior Court of Yakima County, Washington, to the United States District Court for the Eastern District of Washington.  In support of their removal of this action, Defendants state as follows:

1. On November 1, 2018, Plaintiff Jesse Ervin served a summons and complaint on Defendant Mountain View Equipment Company, styled *Jesse Ervin v. Mountain View Equipment Co., and Stuart Fjeldsted*.  Plaintiff is a former employee of Mountain View Equipment Company.

2. Attached as **Exhibit A** to Declaration of Sheryl J. Willert are true and correct copies of the following pleadings that have been served in connection with this litigation:

- Summons and Complaint
- Notice of Appearance for Sheryl J. Willert, Jeffery M. Wells, and Jessica M. Cox

3. Mountain View Equipment Company files this Notice of Removal on November 30, 2018.  This Notice is timely pursuant to 28 U.S.C. §1446(b) because it was filed within thirty (30) days after the summons and complaint were served on Mountain View Equipment Company.

4. This Notice is properly filed in the Eastern District of Washington because this Court embraces Yakima County.  28 U.S.C. §128(a) & §1441(a).

NOTICE OF REMOVAL - 2

6667922.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

5.   This action is properly removed to this Court pursuant to 28 U.S.C. §1332 and §1441 because the amount in controversy exceeds $75,000, and it is a civil action between citizens of different States.

6.   The Complaint does not expressly state an amount in controversy. However, pursuant to 28 U.S.C §1446(c), a reasonable person reading the complaint would conclude that minimum jurisdictional amount is met. Plaintiff has alleged claims for (1) Violation of Washington State Law Against Discrimination; (2) Willful Violation of the Federal and Washington State Family Leave Act; (3) Hostile Work Environment; (4) Wrongful Termination in Violation of Public Policy; (5) Failure to Accommodate; and (6) "Other Claims."

7.   Plaintiff alleges damages that include economic and noneconomic damages, interest, and reasonable attorney's fees. *See* Complaint at ¶ 34. Thus, the damages sought by Plaintiff will likely exceed $75,000.00.

8.   The United States District Courts have original jurisdiction over this case based on diversity of citizenship of the parties. 28 U.S.C. § 1332(a).

9.   Plaintiff Jesse Ervin is an individual domiciled in Yakima County, Washington. *See* Complaint at ¶ 1.

NOTICE OF REMOVAL - 3

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6667922.1

10. Defendant Mountain View Equipment Company is and was at the time Plaintiff commenced this action, a corporation organized under the laws of Idaho with its principal place of business in Meridian, Idaho.

11. Defendant Stuart Fjeldsted is domiciled in Boise, Idaho.

## II. NOTICE TO PLAINTIFF

Contemporaneous with the filing of this Notice of Removal in the United States District Court for the Eastern District of Washington, written notice will be served on Plaintiff's counsel of record: Favian Valencia of Sunlight Law, PLLC, 402 E. Yakima Avenue, Suite 730, Yakima, WA 98901.

Having fulfilled the statutory requirements for removal, Defendants respectfully remove the matter of *Jesse Ervin v. Mountain View Equipment Co. and Stuart Fjeldsted and his marital property,* not yet filed in the Superior Court of Yakima County, Washington, to the United States District Court for the Eastern District of Washington, pursuant to 28 U.S.C. §1332, §1441, and §1446. By seeking removal, Defendants do not waive any defenses, including but not limited to lack of personal jurisdiction, insufficiency of process, or service of process.

NOTICE OF REMOVAL - 4

6667922.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1     DATED this 30th day of November, 2018.

2

                              s/ Sheryl J. Willert
                              s/ Jeffery M. Wells

3                               Sheryl J. Willert, WSBA #08617
                              Jeffery M. Wells, WSBA #45840

4                               Williams, Kastner & Gibbs PLLC
                              601 Union Street, Suite 4100

5                               Seattle, WA  98101-2380
                              Phone:    (206) 628-6600

6                               Email:    swillert@williamskastner.com
                                                  jwells@williamskastner.com

7

8                               Attorneys for Defendants

9

10

11

12

13

14

15

16

17

18

19

NOTICE OF REMOVAL - 5

6667922.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

# CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I caused a true and correct copy of the foregoing document to be delivered to the following counsel of record in the manner indicated:

**Attorneys for Plaintiff:**

Favian Valencia, WSBA #43802
Sunlight Law, PLLC
402 E. Yakima Avenue, Suite 730
Yakima, WA  98901
Phone:   509-388-0231
Email:    favian@sunlightlaw.com

☑  Via Messenger
☐  Via electronic mail
☐  Via U.S. Mail
☐  Via Facsimile
☐  Via Overnight Courier

s/ Sheryl J. Willert
s/ Jeffery M. Wells
Sheryl J. Willert, WSBA #08617
Jeffery M. Wells, WSBA #45840
Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Phone:   (206) 628-6600
Email:    swillert@williamskastner.com
             jwells@williamskastner.com

Attorneys for Defendants

NOTICE OF REMOVAL - 6

6667922.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600