FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 12, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSE ERVIN,<br><br>                    Plaintiff,<br><br>v.<br><br>MOUNTAIN VIEW EQUIPMENT COMPANY, an Idaho corporation,<br><br>                    Defendant. | NO: 1:18-CV-3226-RMP<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 15. Having reviewed the Motion and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss with Prejudice, **ECF No. 15**, is **GRANTED**.

2. Plaintiff's Complaint is dismissed **with prejudice** and **without fees or costs to any party**.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE~1

1  **IT IS SO ORDERED**.  The District Court Clerk is directed to enter this

2  Order, enter judgment of dismissal with prejudice, provide copies to counsel, and

3  **close this case**.

4  **DATED** September 12, 2019.

                              *s/ Rosanna Malouf Peterson*
                              ROSANNA MALOUF PETERSON
                              United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE~2