# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

JESSE ERVIN,

_____ )
*Plaintiff*                                    )
v.                                             )
MOUNTAIN VIEW EQUIPMENT COMPANY,               )
an Idaho corporation,                          )
_____ )
*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 12, 2019**

SEAN F. McAVOY, CLERK

Civil Action No.   1:18-CV-3226-RMP

## JUDGMENT OF DISMISSAL

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   The Parities' Stipulated Motion to Dismiss with Prejudice, ECF No. 15, is GRANTED.
Plaintiff's Complaint DISMISSED with Prejudice and without fees or costs to any party.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    Rosanna Malouf Peterson _____

Date:   September 12, 2019

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Angela Noel
_____
*(By) Deputy Clerk*

Angela Noel